

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-12-00634-CV

**$1,858.04 U.S. CURRENCY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 12844
Honorable N. Keith Williams, Judge Presiding

PER CURIAM

Sitting:     Sandee Bryan Marion, Justice
            Marialyn Barnard, Justice
            Rebeca C. Martinez, Justice

Delivered and Filed:  April 17, 2013

DISMISSED FOR WANT OF PROSECUTION

Appellant Ed Linville's brief was originally due on February 15, 2013. Appellant has not filed a motion for extension of time or the brief. On March 6, 2013, this court ordered appellant to file appellant's brief no later than March 18, 2013. Our order informed appellant that if he failed to file the brief by this date, this appeal would be dismissed for want of prosecution. TEX. R. APP. P. 38.8(a). Neither the brief, nor a motion for extension of time has been filed, and appellant has not otherwise contacted this court.

Therefore, this appeal is DISMISSED FOR WANT OF PROSECUTION.


PER CURIAM